IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD KRUEGER and REBEKAH KRUEGER,  )<br>  )<br>　　　　Plaintiffs,　　　　　　　　　　　　　　)<br>  )<br>v.　　　　　　　　　　　　　　　　　　　　　)<br>  )<br>R.J. REYNOLDS TOBACCO COMPANY,　　　)<br>a corporation, and MARTIN & BAYLEY, INC.,　)<br>d/b/a HUCK'S CONVENIENCE STORE,　　　　)<br>  )<br>　　　　Defendants.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　) | No. 06-116-DRH |

**O R D E R**

Pursuant to the Stipulation of Dismissal executed by the parties, the above-entitled action is hereby dismissed, each party shall bear its own costs and attorneys' fees.

　DATED: April 3, 2006

　　　　　　　　　　　　　　　　　　　　　　　/s/　David　RHerndon
　　　　　　　　　　　　　　　　　　　　　　　JUDGE